UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00347-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. Matthew Batts,
      a/k/a Matthew T. Batts,
      a/k/a Matthew Tyrone Batts,
      a/k/a Matthew Tyron Batts,
      a/k/a Matt Batts,

      Defendant.

_____

**ORDER**

_____

This matter is before the Court upon a review of the file.  To ensure that all

pre-trial phases of the case are complete before the commencement of the jury trial, it

is

ORDERED that all pretrial motions shall be filed by **Friday, September 28,**

**2007,** and responses to these motions shall be filed by **Friday, October 5 , 2007.**  It is

FURTHER ORDERED that counsel will request a hearing on all pending

motions, if necessary, at a later date.  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, November 19,**

**2007, at 9:00 a.m. in courtroom A-1002.**

Dated:  October 3, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge